**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| XOCHITL LEYVA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TBC CONEXION PHOENIX, INC., an Arizona corporation; JUAN ARMENTA and JANE DOE ARMENTA, husband and wife; LUZ ELENA CORRAL and JOHN DOE CORRAL, wife and husband; and DAVID RAMON CORRAL VALENZUELA and JANE DOE CORRAL VALENZUELA, husband and wife,<br><br>　　　　　Defendants. | Case No.: 2:11-cv-00355-SRB<br><br><br>ORDER |

　　　The parties filed a "Stipulation to Settle Case and for Dismissal with Prejudice" ("Stipulation") on March 30, 2011. According to the Court Order approving the Stipulation, upon Plaintiff filing a notice of receipt of funds, the matter was to be dismissed with prejudice. Plaintiff filed a Notice of Settlement Payment on May 19, 2011.

THEREFORE, IT IS HEREBY ORDERED dismissing the above-referenced matter with prejudice.

Dated this 24th day of May, 2011.

_____
Susan R. Bolton
United States District Judge